# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| **BALASINGAM BALAKUMAR** and **THEVIKA BALAKUMAR**, | Case No. 19-21384 (JJT) |
| Debtors. | |

_____

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002, the undersigned certifies that on the 22nd day of August, 2019, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

    a. United States Trustee's Motion to Dismiss for Improper Venue; and
    b. Notice of Hearing on same.

2. **Parties Served Via First Class Mail**

| | |
|---|---|
| Balasingam Balakumar<br>990 Fielding Court<br>Windsor, ON N9G2S9<br>(Debtor) | Thevika Balakumar<br>990 Fielding Court<br>Windsor, ON N9G2S9 |
| The Bureaus, Inc.<br>c/o PRA Receivables Management, LLC<br>Attn: President/CEO/Manager<br>PO Box 41021<br>Norfolk, VA 23541 | Bank of America<br>Attn: President/Manager<br>4060 Ogletown St.<br>Mail Stop DE5-019<br>Newark, DE 19713 |
| Citi<br>Attn: President or CEO<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Discover<br>Attn: Bankruptcy Unit<br>P.O. Box 6011<br>Dover, DE 19903 |

First National Bank Omaha
Attn: President or CEO
P.O. Box 3412
Omaha, NE 68103-0412

### 3. Parties Served Via ECF

- Jonathan G. Cohen    jgcohen@yahoo.com, r46021@notify.bestcase.com
- Bonnie C. Mangan    Trusteemangan@yahoo.com, ct19@ecfcbis.com; becky.avery@manganlaw.com

Dated: August 22, 2019                Respectfully submitted,
New Haven, Connecticut            WILLIAM K. HARRINGTON
                                                   UNITED STATES TRUSTEE FOR REGION 2

                                                   By: */s/ Kari A. Mitchell*
                                                   Kari A. Mitchell/phv08341
                                                   United States Department of Justice
                                                   Office of the United States Trustee
                                                   Giaimo Federal Building
                                                   150 Court Street, Room 302
                                                   New Haven, CT 06510
                                                   (203) 773-2210